**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

**In re   DONALD WAYNE JACKSON**          Case No.   13-14184
                                          Chapter    13

**AMENDMENT COVER SHEET**

Amendments to the following petition, lists, schedules or statements are transmitted herewith:

      Voluntary Petition (Specify reason for amendment:     )
      *Check if applicable:* ____ Soc. Sec. No. amended [*If applicable* ]
 **x**   Summary of Schedules (includes Statistical Summary of Certain Liabilities and Related Data
      Schedule A - Real Property
      Schedule B - Personal Property
      Schedule C - Property Claimed as Exempt
      Schedule D, E, or F, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1 (*Adding or deleting creditors, changing amounts owed or classification of debt - $26.00 fee required.*)
      **Check applicable statements(s):**
          Creditor(s) added          ____ Creditor(s) deleted
          Change in amounts owed or classification of debt
      Schedule G - Executory Contracts and Unexpired Leases
      Schedule H - Codebtors
 **x**   Schedule I - Current Income of Individual Debtor(s)
 **x**   Schedule J - Current Expenditures of Individual Debtor(s)

[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.

*Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database.]

 **x**   Statement of Financial Affairs
      Chapter 7 Individual Debtor's Statement of Intention
      Chapter 11 List of Equity Security Holders
      Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
      Disclosure of Compensation of Attorney for Debtor
 **x**   Other: 22A

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this data to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows:

Date:   <u>October 10, 2013</u>                                    /s/ Nathan Fisher
                                                          Nathan Fisher, #37161
                                                          Counsel for Debtor
                                                          3977 Chain Bridge Rd., #2
                                                          Fairfax, VA   22030
                                                          (703) 691-1642