UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DONALD WAYNE JACKSON | ) | Case No. 13-14184-BFK |
| | ) | Chapter 7 |
| Debtor. | ) | |

WELLS FARGO BANK, N.A.

     Movant.

vs.

DONALD WAYNE JACKSON
and
KLINETTE H. KINDRED, Trustee

     Respondents.

### OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

KLINETTE H. KINDRED, Trustee, objects to Wells Fargo Bank, N.A.'s Motion for Relief from Automatic Stay on the grounds that there appears be equity in the property for the benefit of the unsecured creditors and the Trustee requires time to have the property valued and to possibly market the property for sale.

          Respectfully Submitted,

          /s/ Klinette H. Kindred
          Klinette H. Kindred, Trustee (VSB# 18000)
          Tyler, Bartl, Ramsdell & Counts, PLC
          300 N. Washington Street, Suite 202
          Alexandria, VA 22314
          (703)549-5000

## CERTIFICATE OF SERVICE

      I hereby certify that on October 24, 2013, a true copy of the foregoing Response was served electronically via the CM/ECF system or by first class mail, postage prepaid, on the following parties in interest:

Samuel I. White, P.C.
Johnie R. Muncy, Esq.
1804 Staples Mill Rd.
Richmond, VA 23230

Nathan A. Fisher, Esq.
3977 Chain Bridge Rd., #2
Fairfax, VA 22030

Office of the U.S. Trustee
115 S. Union Street, Suite P210
Alexandria, VA 22314

                                            /s/ Klinette H. Kindred
                                            Klinette H. Kindred