# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia

Case No.: 13−14184−BFK
Chapter: 7
Judge: Brian F. Kenney

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Donald Wayne Jackson
   11416 Links Drive
   Reston, VA 20190

Social Security / Individual Taxpayer ID No.:
   xxx−xx−1409

Employer Tax ID / Other nos.:

## STATEMENT OF PRESUMED ABUSE

As required by 11 U.S.C. Sec. 704(b)(1)(A), the United States Trustee has reviewed all of the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. Sec. 707(b)(2)(A), and, pursuant to 11 U.S.C. Sec. 704(b)(2), the United States Trustee determines that: (1) the debtor's(s') case should be presumed to be an abuse under section 707(b); and (2) the product of the debtor's(s') current monthly income, multiplied by 12, is not less than the requirements specified in section 704(b)(2)(A) or (B).As required by 11 U.S.C. Sec. 704(b)(2), the United States Trustee shall, not later than 30 days after the date of this Statement's filing, either file a motion to dismiss or convert under 11 U.S.C. Sec. 707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate.Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Sec. 707(b)(2)(B) Filed by Bradley David Jones of Office of the United States Trustee on behalf of Judy A. Robbins 11 (Jones, Bradley)

Dated: 11/19/13

United States Trustee

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 13-14184-BFK
Donald Wayne Jackson                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9          User: williamsd            Page 1 of 2                  Date Rcvd: Nov 20, 2013
                              Form ID: ntcabuse          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2013.
db            +Donald Wayne Jackson,    11416 Links Drive,    Reston, VA 20190-4812
11985450      +Apple Federal Credit Union,    P.O. Box 1200,    Fairfax, VA 22038-1200
11985451      +Busman & Busman,    P.O. Box 7514,    Fairfax Station, VA 22039-7514
11985452      +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
11985453      +Comcast,   9609 Annapolis Rd.,,    P.O. Box 118288,    Lanham, MD 20706-2005
11985455      +Credit Protection Association,    Attn: Bankruptcy,    Po Box 802068,    Dallas, TX 75380-2068
11985457      +Golf Course Island Cluster Ass,    P.O. Box 2271,    Reston, VA 20195-0271
11985459      +Lowe's Island Dentistry,    20789 Great Falls Plaza,    Suite 104,    Sterling, VA 20165-2483
11985463      +Professnl Acct Mgmt In,    Pam Po Box 391,    Milwaukee, WI 53201-0391
11985465      +TEFCU,   2000 Bladensburg Road, NE,    Washington, DC 20018-3603
11985466      +The McFadden Law Office,    4085 Chain Bridge Rd., Ste.400,    Fairfax, VA 22030-4106
11985467      +Unit Owners Association Bryson,    12945 Centre Park Circle, #305,    Herndon, VA 20171-5971
11985469      +Verizon,    P.O. Box 17577,    Baltimore, MD 21297-0513
11985468      +Verizon,    Verizon Wireless Department/Attn: Bankru,    Po Box 3397,    Bloomington, IL 61702-3397
11985470     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court:  Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
                Frederick, MD 21701-0000)
12026443      +Wells Fargo Bank, NA,    c/o Johnie Muncy, Esquire,    Samuel I. White, PC,
                1804 Staples Mill Road, Suite 200,    Richmond, VA 23230-3530
11985471      +Wfs Financial/Wachovia Dealer Srvs,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11985454      +E-mail/Text: creditonebknotifications@resurgent.com Nov 21 2013 02:20:28      Credit One Bank,
                Po Box 98873,    Las Vegas, NV 89193-8873
11985456      +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 21 2013 02:33:26      Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
11985458      +E-mail/Text: alice.w.wachira@kp.org Nov 21 2013 02:21:15      Kaiser Permanente,
                2101 East Jefferson Street,    Rockville, MD 20852-4908
11985460      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 21 2013 02:20:55      Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
11985461      +E-mail/Text: ext_ebn_inbox@navyfederal.org Nov 21 2013 02:21:23      Navy Federal Credit Union,
                P.O. Box 3100,    Merrifield, VA 22119-3100
11985462      +E-mail/Text: ustpregion04.ax.ecf@usdoj.gov Nov 21 2013 02:20:50      Office of the U.S. Trustee,
                115 South Union St., Ste. 210,    Alexandria, VA 22314-3361
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Wells Fargo Bank, N.A.
11985464     ##+Reston Association,    1930 Isaac Newton Square,    Reston, VA 20190-5011
                                                                                   TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2013                           Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0422-9           User: williamsd              Page 2 of 2                   Date Rcvd: Nov 20, 2013
                               Form ID: ntcabuse            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2013 at the address(es) listed below:

```
          Bradley David Jones    on behalf of U.S. Trustee Judy A. Robbins, 11 bradley.d.jones@usdoj.gov
          Johnie Rush Muncy    on behalf of Creditor   Wells Fargo Bank, N.A. jmuncy@siwpc.com,
           drubin@siwpc.com;bjordan@siwpc.com;klane@siwpc.com;ewhite@siwpc.com;mfreeman@siwpc.com;ecfva1@siw
           pc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;
          Judy A. Robbins, 11    ustpregion04.ax.ecf@usdoj.gov
          Klinette H. Kindred     kkindred@tbrclaw.com,   asemerjian@tbrclaw.com;kkindred@ecf.epiqsystems.com
          Klinette H. Kindred    on behalf of Trustee Klinette H. Kindred kkindred@tbrclaw.com,
           asemerjian@tbrclaw.com;kkindred@ecf.epiqsystems.com
          Nathan A. Fisher    on behalf of Debtor Donald Wayne Jackson Fbarsad@cs.com,   barsad@aol.com
                                                                                                TOTAL: 6
```