## UNITED STATES BANKRUPCTY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **In re:** : | |
| : | **Chapter 7** |
| **DONALD WAYNE JACKSON** : | **Case No. 13-14184-BFK** |
| **Debtors** : | |
| : | |
| : | |
| **Judy A. Robbins,** : | |
| **United States Trustee** : | |
| **For Region Four** : | |
| **Movant** : | |
| **v.** : | |
| **Donald Wayne Jackson** : | |
| **Respondents** : | |

### ANSWER TO MOTION TO DISMISS

Donald Wayne Jackson, through undersigned counsel,

respond to the Motion to Dismiss filed by the United States Trustee as follows:

1.      The Debtor opposes the United States Trustee's Motion to Dismiss

only to the extent that the Chapter 7 Trustee is currently selling the Debtor's

residence.   This sale is anticipated to pay the majority of the debts in this case

and may pay the debts at 100%.   The debtor wishes this sale to go forward; if

unsecured debt remains unpaid, he desires to convert to chapter 13 if needed.

_____
Nathan Fisher, VSB #37161
3977 Chain Bridge Rd., #2
Fairfax, VA   22030
(703) 691-1642
Counsel for Defendant

**WHEREFORE, Donald Wayne Jackson prays that the**

**Motion to Dismiss by denied.**

**Dated: January 8, 2014**

> **Respectfully Submitted**
> **Donald Wayne Jackson**
> **By Counsel:**
>
> **/s/ Nathan Fisher**
> **Nathan Fisher**
> **3977 Chain Bridge Rd., #2**
> **Fairfax, VA   22030**
> **(703) 691-1642**
> **VSB #37161**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January 2014, I served the foregoing, via first-class mail, on the following, who are all necessary parties under Local Rule 4001(a)-1(E)(1):

**Donald Wayne Jackson**
**11416 Links Drive**
**Reston, VA   20190**

**Klinette Kindred, Esq.**
**Chapter 7 Trustee**
**Tyler, Bartl, Ramsdell & Counts**
**300 N. Washington St., Ste. 202**
**Alexandria, VA   22314**

**Bradley David Jones**
**Assistant United States Attorney**
**Office of the United States Trustee**
**115 S. Union Street, Ste. 210**
**Alexandra, VA   22314**

> **/s/ Nathan Fisher**
> **Nathan Fisher**