UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                                          )
                                                )
**DONALD WAYNE JACKSON**         )          Case No.  13-14184-BFK
                                                )          (Chapter 7)
**Debtor.**                            )
_____)

**ORDER APPROVING SALE OF REAL PROPERTY KNOWN
AS 11416 LINKS DRIVE, RESTON, VA**

UPON CONSIDERATION of Trustee Klinette H. Kindred's motion for an Order approving sale of improved real property of the estate known as 11416 Links Drive, Reston, VA  20190 to Andrew Gonyo and Sarah Ball,  and after notice and a hearing on February 25, 2014, and

IT APPEARING that the property is a certain parcel of improved real property known as 11416 Links Drive, Reston, VA  20190 located in Fairfax County, Virginia with a legal description of:

> Lot Forty-one (41), Block Thirty-nine (39), (Golf Course Island Cluster), Reston, Section Three (3),  as the same appears duly dedicated, platted and recorded in Deed Book 2798 at Page 363 and rededicated and replatted in Deed Book 2930 at page 677
> and rededicated and replatted in Deed Book 2990 at Page 137, among the land records of Fairfax County, Virginia

it is

ORDERED that:

1. The Motion is APPROVED and the Trustee is authorized to sell the property, and

2. The sale price shall be Three Hundred Ninety-One Thousand Dollars

($391,000.00), and

    3.    All valid liens attaching to 11416 Links Drive, Reston, Virginia shall be paid in full at closing, and

    4.    All closing costs shall be paid at closing, and

    5.    The net sale proceeds to be divided equally between the bankruptcy estate of Donald Wayne Jackson and Deborah Lynn Jackson with the proceeds attributable to the bankruptcy estate of Donald Wayne Jackson made payable to "Klinette H. Kindred, Trustee" with "Case 13-14184-BFK" in the memo field, and sent to the following address:

> Klinette H. Kindred, Trustee
> 300 N. Washington St., Suite 202
> Alexandria, VA 22314

and

    6.    the stay placed on all orders authorizing the sale of property of the estate pursuant to Rule 6004(h) is waived.

Feb 26 2014
_____
DATED

/s/ Brian F. Kenney
_____
Hon. Brian F. Kenney
U.S. Bankruptcy Judge

Entered on the docket February 27, 2014

I ASK FOR THIS:

/s/ Klinette H. Kindred
Klinette H. Kindred, VSB 18000
TYLER, BARTL, RAMSDELL & COUNTS, P.L.C.
300 N. Washington Street, Suite 202
Alexandria, Virginia 22314
(703) 842-0538
Counsel to the Trustee

SEEN AND AGREED:

/s/ Nathan A. Fisher
Nathan A. Fisher, Esquire
3977 Chain Bridge Road, Suite 2
Fairfax, VA  22030
(703) 691-1642
*Counsel for Deborah Lynne Jackson*

**PARTIES TO RECEIVE COPIES:**

Klinette H. Kindred
300 N. Washington Street, Suite 202
Alexandria, Virginia 22314

Nathan A. Fisher, Esquire
3977 Chain Bridge Road, Suite 2
Fairfax, VA  22030