**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In the Matter of:

DONALD WAYNE JACKSON

Debtor

Chapter 13

Case No. 13-14184-BFK

**OBJECTION TO CONFIRMATION OF PLAN,**
**NOTICE OF OBJECTION TO CONFIRMATION OF PLAN**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed June 11, 2014.  The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(4) – Liquidation Test**
Case was converted, and Section 4 of Plan states creditors would receive 100% in Chapter 7, yet Plan proposes 46%.

**Violation of 11 U.S.C. §1325(b)(1)(B) – Disposable Income and**
**Violation of 11 U.S.C. §1325(a)(3) –  Good Faith**
The following expenses seem excessive:  $250.00/mo for home maintenance; $190.00/mo for clothing;  $200.00/mo for laundry and dry cleaning; $350.00/mo for cleaning.

**Violation of 11 U.S.C. §1325(a)(6) – Feasibility**
Plan is underfunded as follows:

| | | | |
|---|---|---|---|
| **PERFORMANCE** | Amount of Plan Payment | 500.00 | |
| | Number of Months | 60 | |
| | **Total Receipts** | | 30,000.00 |
| | **Disbursements Required** | | |
| | Trustee | 3,580.55 | 10.00% |
| | Attorney | 0.00 | |
| | Taxes/Other Priority | 0.00 | |
| | Secured | 0.00 | |
| | Unsecured | 35,805.53 | 77,838.10X |
| | Other | | |
| | **Total Disbursements** | | 39,386.08 |

**Notice of Objection To Confirmation**
Donald Wayne Jackson, Case # 13-14184-BFK

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.  You must mail a copy to the persons listed below.
>
> ***Attend the hearing to be held on July 24, 2014 at 1:30 p.m. in Courtroom #3 on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste, 400
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _July 2, 2014_____                     ___/s/ Thomas P. Gorman_____
                                                                   Thomas P. Gorman
                                                                   Chapter 13 Trustee
                                                                   300 N. Washington  Street, #400
                                                                   Alexandria, VA 22314
                                                                   (703) 836-2226
                                                                   VSB 26421

**Notice of Objection To Confirmation**
Donald Wayne Jackson, Case # 13-14184-BFK

# CERTIFICATE OF SERVICE

I hereby certify that I have this 2nd day of July, 2014, served via ECF authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Donald Wayne Jackson | Nathan Fisher, Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| 11416 Links Drive | 3977 Chain Bridge Rd., #2 |
| Reston, VA  20190 | Fairfax, VA  22030 |

                                      __/s/ Thomas P. Gorman_____
                                      Thomas P. Gorman